UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Freddie Owens, | C/A No. 0:15-mc-00254-TLW-PJG |
| Petitioner, | |
| vs. | |
| Bryan P. Stirling, *Commissioner, South Carolina Department of Corrections*; Joseph McFadden, *Warden, Lieber Correctional Institution*, | **ORDER** |
| Respondents. | |

This matter is before the Court on Petitioner's Motion for Stay of Execution, which was filed on November 4, 2015. (ECF No. 25). This Court had previously granted a ninety-day stay of execution, which terminated on November 13, 2015. Petitioner now asks this Court to grant another ninety-day stay pursuant to 28 U.S.C. § 2251(a)(1). Respondents have not filed a response to the motion.

Having carefully reviewed the record and relevant authority, the Court finds that the Petitioner should be granted a stay of execution. The stay shall terminate 90 days after the date of this Order. Parties may seek an additional stay of execution as necessary pursuant to § 2251(a)(1) to allow for full consideration of Petitioner's imminent habeas petition.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

November 24, 2015
Columbia, South Carolina