IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Freddie Owens,<br><br>PETITIONER<br><br>v.<br><br>Bryan P. Stirling, Commissioner, South Carolina Department of Corrections; Joseph McFadden, Warden, Lieber Correctional Institution,<br><br>RESPONDENTS | Case No. 0:15-mc-00254-TLW-PJG<br><br>**Order** |

This matter is before the Court on Petitioner's Motion for Stay of Execution, which was filed on May 16, 2016. ECF No. 65. This Court previously granted three ninety-day stays of execution, which terminated on November 13, 2015, February 22, 2016, and May 19, 2016, respectively. ECF Nos. 9, 30, 47. Petitioner now asks this Court to grant another ninety-day stay pursuant to 28 U.S.C. § 2251(a)(1). Respondents have not filed a response to the motion.

Having carefully reviewed the record and relevant authority, the Court finds that Petitioner should be granted a stay of execution. The stay shall terminate 90 days after the date of this Order. The Parties may seek an additional stay of execution as necessary pursuant to § 2251(a)(1) to allow for full consideration of Petitioner's imminent habeas petition.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Chief United States District Judge

May 17, 2016
Columbia, South Carolina

1